Sam Kim (SBN: 258467)
MAHONEY LAW GROUP, APC
249 E. Ocean Blvd., Ste 814
Long Beach, CA 90808
562-590-5550 Telephone; 562-590-8400 Facsimile;
skim@mahoney-law.net

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Clarence Walder; et al.<br><br>Plaintiff(s),<br>v.<br><br>Gladstone Business Investment, LLC et al.<br><br>Defendant(s). | CASE NUMBER<br><br>Case No. 2:14-CV-05554 FMO-FFM<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) George McCabe and Pine Creek Partners _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs Clarence Walder and Sheila Walder _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

9/16/14
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

# CERTIFICATE OF SERVICE
## UNITED STATES COURT, CENTRAL DISTRICT

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within entitled action. My place of business is 249 E. Ocean Boulevard, Suite 814, Long Beach, CA 90802.

On **September 16, 2014,** I served the foregoing document described as:

**-NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c); DECLARATION OF SAM KIM**

on the interested parties in this action by sending true and correct copies thereof to those address(es) listed below:

| | |
|---|---|
| Brown Wegner McNamara LLP<br>William Brown, Jr.<br>Matthew Wegner<br>Lily Li<br>2603 Main Street, Suite 1050<br>Irvine, CA 92614<br>Tel: 949-705-0080<br>Fax: 949-794-4099<br>bill@bwmllp.com<br>mwegner@bwmllp.com<br>lli@bwmllp.com<br>*Attorneys for Defendant Elliott Auto Supply Co., Inc. dba Factory Motor Parts* | Arent Fox LLP<br>Jennifer Terry<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Tel: 213-629-7415<br>Fax: 213-629-7401<br>Jennifer.terry@arentfox.com<br>*Attorney for PharMercia Corporation* |
| | Lauren Lonergan<br>Briggs and Morgan, P.A.<br>2200 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>Direct: 612-977-8561<br>Cell: 612-325-9085<br>Fax: 612-977-8650<br>llonergan@briggs.com<br>*Attorneys for Defendant Factory Motor Parts* |

**X____ VIA CM/ECF ELECTRONIC FILING SYSTEM:** I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled document(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

**X____ FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed **September 16, 2014,** at Long Beach, California.

Daniel Torres

-1-
**CERTIFICATE OF SERVICE**